# Exhibit B

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>Court Address: 270 South Tejon, Colorado Springs, Colorado 80903 | DATE FILED: February 28, 2019 11:34 AM<br>FILING ID: 623A64461D392<br>CASE NUMBER: 2019CV30518 |
| ERIN FASANO and RYAN FASANO,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | ▲   COURT USE ONLY   ▲ |
| Attorney:<br>Name: Daniel Stageman<br>Address: 660-A Southpointe Court, Suite 303<br>Colorado Springs, CO 80906<br><br>Phone Number: (719) 527-4790<br>FAX Number: (719) 538-0352<br>E-mail: dan@stagemanlaw.com<br>Atty. Reg. #: 14797 | Case Number:<br><br>Div.:         Ctrm.: |
| **COMPLAINT** ||

Plaintiffs, by their undersigned attorney, complain as follows:

1. Erin Fasano and Ryan Fasano are married, and were married during all the times complained of herein.

2. Erin Fasano and Ryan Fasano reside at 8389 10th Armored Loop, Fort Benning, GA 31905.

3. Defendant Dollar Tree Stores, Inc. ("Dollar Tree") is a Virginia Corporation authorized to do business in Colorado. Its registered agent is Corporation Service Company, 1900 W. Littleton Boulevard, Littleton, CO 80120.

4. Dollar Tree operates over 14,000 retail stores across the United States and Canada, including approximately eleven in Colorado Springs and two in Fountain, Colorado.

5. On or about April 2, 2017, Plaintiff Erin Fasano, in the company of her nine-year-old daughter, was shopping at a Dollar Tree store in El Paso County, Colorado. The address of that store: 6346 S US Highway 85/87, Fountain, CO 80817.

6. At the time Erin Fasano was shopping Dollar Tree had a young man waxing floors.

7. As Erin Fasano walked down an aisle she slipped and fell on her right knee, injuring it.

8. Unknown to Ms. Fasano when she started walking down the aisle, the aisle was wet and slippery, having just been cleaned and waxed. This was a fact unknown to Ms. Fasano at the time because Dollar Tree's employee neglected to place a "Wet Floor" sign as a warning to customers.

9. The fall caused a tear of Erin Fasano's medial meniscus.

10. Upon information and belief, Ms. Fasano's injury has resulted in a permanent physical impairment. It also has resulted in pain and suffering, emotional distress. It has caused Erin Fasano to endure painful and costly medical procedures, and she can be expected to undergo more such procedures in the future.

11. Ryan Fasano suffered a loss of consortium as a result of his wife's injuries.

12. On April 2, 2017, Dollar Tree was in possession of the building where the fall occurred, it having been leased to Dollar Tree for the purpose of operating a retail store.

13. On April 2, 2017, Erin Fasano entered the Dollar Tree store in order to transact business in which the parties are mutually interested.

14. On April 2, 2017, Erin Fasano entered the Dollar Tree store in response to the Dollar Tree's express or implied representation that the public is requested, expected, or intended to enter and shop at the store.

15. Dollar Tree intentionally made its floor wet and slippery and knew that wet and slippery floors presented a danger to those persons it had expressly or impliedly invited to shop in the store; and it knew or should have known that the failure to post warnings about the slippery floor constituted a danger to its patrons.

16. Erin Fasano's injuries resulted from Dollar Tree's unreasonable failure to exercise reasonable care to protect against dangers of which he actually knew or should have known.

WHEREFORE, Plaintiffs pray for judgment in such amount as will fully compensate them for their injuries, harms and losses, plus interest from the date of the accident, plus costs, and for such other and further relief as the Court deems just and equitable.

DATED: February 28, 2019

Respectfully submitted,

By _____
Daniel B. Stageman, #14797
Attorney for Plaintiff
660 Southpointe Court, Suite 303
Colorado Springs, CO 80906
(719) 527-4790